UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON A. LOZADA, | ) | No. EDCV 11-1890 VBF (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| K. ALLISON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 10/05/12

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge